

December 1, 2022

**<u>Via Electronic Filing</u>**
Clerk, Western District of Texas
U.S. District Clerk's Office
800 Franklin Ave., Room 380
Waco, Texas 76701

   Re: Civil Action No.: 6:22-cv-01085; *Emma Manning vs. Baylor University and Richard Wayne Easley d/b/a Stonegate Stables*; In the U.S. Western District of Texas – Waco Division

Dear Clerk:

  Please be advised that I will be on vacation on the following dates:

   December 9, 2022, through December 13, 2022

  I would appreciate it if you would note your calendar accordingly and not schedule any hearings, court appearances, items requiring a deadline, etc. during this time period.

  Thank you for your courtesy in this matter.

           Very truly yours,

           Collen A. Clark

CAC:js