

ANDY MCSWAIN
mcswain@thetexasfirm.com
Waco Office

August 13, 2024

**<u>Via Electronic Filing</u>**
United States District Clerk's Office
Western District of Texas
800 Franklin Avenue, Room 380
Waco, Texas 76701

Re:   Civil Action No. 6:22-cv-01085-ADA-DTG; *Emma Manning vs. Baylor University, Richard Wayne Easley D/B/A Stonegate Stables, Shannon Edwards, Hanna Bradford, Olivia Leveridge, and The Western Riding Association at Baylor A/K/A Baylor Riding Association;* In the United States District Court for the Western Division of Texas, Waco Division

Dear Clerk:

Please be advised that I will be on vacation for the following time period:

- September 6th-16th

Please do not schedule any hearings, court appearances, trials, depositions, or other events related to this matter during this time period.

I thank you in advance for your consideration in this regard.

Sincerely Yours,

**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**

*/s/ Andy McSwain*
Andy McSwain

cc: All Counsel of Record (via Electronic Filing)