IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **EMMA MANNING** | § § § |
| **VS.** | §  **CIVIL ACTION NO. 6:22-CV-01085** § |
| **BAYLOR UNIVERSITY,**<br>**RICHARD WAYNE EASLEY**<br>**d/b/a STONEGATE STABLES,**<br>**SHANNON EDWARDS,**<br>**HANNA BRADFORD,**<br>**OLIVIA LEVERIDGE and,**<br>**THE WESTERN RIDING ASSOCIATION**<br>**AT BAYLOR a/k/a BAYLOR RIDING**<br>**ASSOCIATION** | § § § § § § § § § § |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) **RICHARD WAYNE EASLEY d/b/a STONEGATE STABLES** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

CLARK │ von PLONSKI │ ANDERSON

By: /s/ R. Connor Barbe
**COLLEN A. CLARK**
State Bar No. 04309100
**JACOB L. von PLONSKI**
State Bar No. 24098554
**R. CONNOR BARBE**
State Bar No. 24108598
**LINDA LE JONES**
State Bar No. 24126312
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214-780-0500

214-780-0501 Facsimile
e-service – eservice@cvpalaw.com
connor@cvpalaw.com

*-and-*

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**

By: */s/ Craig D. Cherry*
    **Craig D. Cherry**
    State Bar No.
    24012419
The Roosevelt Tower
400 Austin Ave. Suite 903
Waco, Texas 76701
(254) 732-2242
(866) 627-3509 – Fax
ccherry@cjsjlaw.com

   **ATTORNEYS FOR PLAINTIFF**

*-and-*

**BEARD KULTGEN BROPHY BOSTWICK & DICKSON, PLLC**

By: */s/ Andy E. McSwain (signed with permission)*
    **Andy E. McSwain**
    Attorney-in-Charge
    State Bar No.:
    13861100
    **Mark E. Firmin**
    State Bar No. 24099614
220 South Fourth Street
Waco, Texas 76701
(254) 776-5500
(254) 776-3591 - Fax
mcswain@thetexasfirm.com
firmin@thetexasfirm.com

   **ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY**

*-and-*

PAKIS, GIOTES, BURLESON & DEACONSON,

---

P.C.

*/s/David N. Deaconson (signed with permission)*
David N. Deaconson
Texas State Bar No. 05673400
P.O. Box 58
Waco, Texas 76703
Telephone: (254) 297-7300
Telecopier: (254) 297-7301
E-mail: deaconson@pakislaw.com

**ATTORNEY FOR DEFENDANTS SHANNON EDWARDS, OLIVIA LEVERIDGE AND THE WESTERN RIDING ASSOCIATION AT BAYLOR A/K/A BAYLOR RIDING ASSOCIATION**

*-and-*

WRIGHT & GREENHILL, P.C.

*/s/David P. Boyce (signed with permission)*
David. P. Boyce
Texas State Bar No.05673400
4700 Mueller Blvd. Suite 200
Austin, Texas 78723
Telephone: (512) 961-4389
(254) 297-7301 - Fax

**ATTORNEY FOR DEFENDANT HANNA BRADFORD**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this the 26th day of November of 2024 in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                                        */s/ R. Connor Barbe*
                                        **R. CONNOR BARBE**