IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EMMA MANNING,<br>　　Plaintiff,<br><br>V.<br><br>BAYLOR UNIVERSITY, RICHARD WAYNE EASLEY d/b/a STONEGATE STABLES, SHANNON EDWARDS, HANNA BRADFORD, OLIVIA LEVERIDGE and THE WESTERN RIDING ASSOCIATION AT BAYLOR a/k/a BAYLOR RIDING ASSOCIATION,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 6:22-CV-01085-ADA-DTG |

## **JOINT STIPULATION OF DISMISSAL**

Plaintiff and Defendants file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.　Plaintiff is Emma Manning. Plaintiff now moves to dismiss this case with prejudice to refiling.

2.　Defendants Baylor University, The Western Riding Association at Baylor a/k/a Baylor Riding Association, Shannon Edwards, Olivia Leveridge and Hanna Bradford agree to the dismissal.

3.　This case is not a class action, and a receiver has not been appointed.

4.　This case is not governed by any federal statute that requires a court order for dismissal of the case.

5.　This dismissal is with prejudice.

6.　Each side is to bear its own costs and attorneys' fees.

7.　Pursuant to the terms of Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice upon filing of this joint stipulation.

8.　Accordingly, Plaintiff and Defendants jointly stipulate the Court may dismiss with prejudice all claims that Plaintiff asserted or could have asserted against Defendants in this

-2-

lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

Date:   April 28, 2025

                                         Respectfully submitted,

                                         CLARK | VON PLONSKI | ANDERSON
                                         3500 Maple Avenue
                                         Dallas, Texas  75219
                                         214/780-0500
                                         214/780-0501 - fax

                                         By: */s/ R. Connor Barbe* (w/permission by DPB)
                                              Collen A. Clark
                                              State Bar No. 04309100
                                              Jacob L. von Plonski
                                              State Bar No. 24098554
                                              R. Connor Barbe
                                              State Bar No. 24108598
                                              214/780-0500
                                              214/780-0501 – fax
                                              eservice@cvpalaw.com
                                              connor@cvpalaw.com

                                         **ATTORNEYS FOR PLAINTIFF**

        BEARD, KULTGEN, BROPHY,
        BOSTWICK & DICKSON, PLLC
        220 South Fourth Street
        Waco, Texas 76701
        254/776-5500
        254/776-3591 - fax


By: */s/ Andy E. McSwain* (w/permission by DPB)
    Andy E. McSwain
    State Bar No. 13861100
    mcswain@thetexasfirm.com
    Mark E. Firmin
    firmin@thetexasfirm.com

**ATTORNEYS FOR DEFENDANT**
**BAYLOR UNIVERSITY**


WRIGHT & GREENHILL, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
512/476-4600
512/476-5382 – fax


By: /s/ David P Boyce
    David P. Boyce
    State Bar No. 02759770
    dboyce@w-g.com

**ATTORNEY FOR DEFENDANT**
**HANNA BRADFORD**

-4-

        PAKIS, GIOTES, BURLESON &
        DEACONSON, P.C.
        P.O. Box 58
        Waco, Texas  76703-0058
        254/297-7300
        254/297-7301 – fax


By: */s/ David N. Deaconson* (w/permission by DPB)
    David N. Deaconson
    State Bar No. 05673400
    deaconson@pakislaw.com

**ATTORNEYS FOR DEFENDANTS THE WESTERN RIDING ASSOCIATION AT BAYLOR A/K/A BAYLOR RIDING ASSOCIATION, SHANNON EDWARDS, AND OLIVIA LEVERIDGE**